# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                          NO. 2019 KW 0775

VERSUS

JASON JARRELL SPIKES                        **SEP 3 0 2019**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-126847.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.** This court is limited to review of the lower court's rulings or the failure of the lower court to act on a properly filed motion or pleading. Any application filed in this court should indicate what relief has been sought in the lower court and the result of such filing. The application should also include a copy of the motion or pleading, a copy of the lower court's ruling, and a copy of all pertinent documentation from the lower court record that would assist with reviewing relator's claims.

                        **JMM**
                        **MRT**
                        **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT